**Order filed March 7, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00926-CV
_____

**JAMES WHITAKER, Appellant**

**V.**

**NEIGHBORHOOD CENTERS, INC., Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-07101**

---

## O R D E R

Appellant's brief was due February 18, 2013. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **April 5, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM